UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,                )
                                                   ) CASE NO. MJ 12-047
      Plaintiff,                     )
                                       )
      v.                           )
                                       ) DETENTION ORDER
WILLIAM ALEXANDER SIERRA,     )
                                       )
      Defendant.                   )
_____)

<u>Offense charged</u>: Receipt of Material Constituting or Containing Child Pornography; Possession of Child Pornography

<u>Date of Detention Hearing</u>: January 26, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant's criminal history includes a 2004 conviction for Communication with a Minor – Immoral Purposes. Defendant does not contest detention.

2. Defendant poses a risk of danger due to the nature of the current charges, criminal history, and statements made to the arresting officers during an interview.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

///

DATED this 26th day of January, 2012.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3